60

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 9 1995

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RICARDO LONGORIA | ) |
| | ) |
| VS. | ) |
| | ) |
| AMFELS, INC. | ) |

CRIMINAL NUMBER

B-93-202

## AMENDED ORDER OF DISMISSAL

BE IT REMEMBERED that on the 14th day of September, 1995, came on to be considered Plaintiff Ricardo Longoria'a Unopposed First Amended Motion to Dismiss, and the Court, being of the opinion that same should be granted, it is accordingly ORDERED that Plaintiff's cause of action filed against Defendant Amfels, Inc. in the above entitled and numbered cause be and the same is hereby in all things DISMISSED with prejudice to refiling with taxable court costs and expenses incurred in this matter to be taxed against each respective party who incurred same.

SIGNED this the 25th day of September, 1995 at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE